(136 So. 272)

## Bud FINCH v. STATE.

### 7 Div. 648.

Court of Appeals of Alabama.

June 24, 1930.

Rehearing Denied Aug. 19, 1930.

Further Rehearing Denied Dec. 16, 1930 and Aug. 4, 1931.

Riddle & Riddle, of Talladega, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

**PER CURIAM.**

On rehearing ex mero motu.

The opinion written upon original submission of this cause is withdrawn, and the judgment of conviction is affirmed upon the authority of the decision and opinion in the case of Bulam Finch v. State, ante, p. 416, 136 So. 271.

The application for rehearing is overruled.